## Colley v. Harding.

1. *Jury—Province to Reconcile Conflicting Evidence.*—It is the province
of the jury to reconcile conflicting evidence, and settle doubtful ques-
tions of fact. The Appellate Court will not disturb a finding, unless the
verdict is so clearly against the evidence as to be considered the result
of passion, prejudice or a palpable misapprehension of the facts.

**Memorandum.**—Trespass for cutting ice. Appeal from the Circuit
Court of La Salle County; the Hon. CHARLES BLANCHARD, Judge, presid-
ing. Heard in this court at the May term, 1893, and affirmed. Opinion
filed December 12, 1893.

### STATEMENT OF THE CASE.

This action was brought by appellant, Colley, against the
appellee, Harding, to recover damages for an alleged tres-
pass upon lots in the city of Streator, by cutting and carry-
ing away ice from that portion of the Vermillion river flow-
ing over said lots. On the trial, the appellee contended
that the ice was cut and removed from that portion of the
river east of the east line of appellant's lots, and therefore
not from his lands. The judgment being for the defendant,
the plaintiff appeals.

H. N. RYON & SON and A. P. WRIGHT, attorneys for ap-
pellant.

McDOUGALL & CHAPMAN and J. T. MURDOCK, attorneys
for appellee.

OPINION OF THE COURT, HARKER, P. J.

This action was brought by appellant to recover damages
for the alleged trespass of cutting and removing ice from
that part of the Vermillion river which overflowed his out-
lots 1, 2 and 3, in Riverside addition to the city of Streator.
He was defeated in a trial in the Circuit Court, and judg-
ment rendered against him for costs. He urges a reversal
upon the sole ground that the verdict was against the evi-
dence.

Appellee was engaged in harvesting ice for storage. Whether in his operations he cut and removed ice from the lots described, was the question tried and decided by the jury. There was some conflict between the witnesses and uncertainty as to location. An examination of the evidence in the record, leaves our minds in doubt. It is the province of the jury to reconcile conflicting evidence and settle doubtful questions of fact. If the trial was fairly had, and no error of the trial court intervened, an appellate court should not disturb the finding, unless the verdict is so clearly against the evidence as to be considered only as the result of passion, prejudice, or a palpable misapprehension of the facts. C. & A. R. R. Co. v. Shannon, Adm'r, etc., 43 Ill. 338; Twining v. Martin, 65 Ill. 157.

We do not feel warranted in disturbing the finding which the jury made in this case. Judgment affirmed.